IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVIN ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-444 (JLH) |
| | ) |
| STATE OF DELAWARE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 3rd day of September, 2025, having considered the April 2, 2025 Report and Recommendation by United States Magistrate Judge Christopher J. Burke, which recommended that the Court dismiss the Complaint with prejudice (D.I. 8);

WHEREAS, no objections have been filed, and the Court sees no error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 8) is **ADOPTED**;

IT IS FURTHER ORDERED that the Complaint (D.I. 2) is **DISMISSED with prejudice**, pursuant to 28 U.S.C. §§ 1915(e)(2)(ii) and 1915(e)(2)(iii); and

IT IS FINALLY ORDERED that the Clerk of Court shall **CLOSE** the case.

                                                                               _____
                                                                               The Honorable Jennifer L. Hall
                                                                               United States District Judge